IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>RUBEN CORTEZ<br><br>　　　　　　　　Defendant. | 8:14CR363<br><br>**ORDER** |

　　　This matter is before the court on the defendant's unopposed Motion to Continue Trial [287]. Counsel is awaiting final approval of a proposed plea agreement and is seeking additional time to review once approved. For good cause shown,

　　　**IT IS ORDERED** that the defendant's unopposed Motion to Continue Trial [287] is granted as follows:

　　　1. The jury trial, now set for October 9, 2018, is continued to **December 11, 2018**.

　　　2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 11, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

　　　Dated this 26th day of September 2018.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　United States Magistrate Judge